Thomas McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MICHAEL K AYARS<br><br>and<br><br>CODY J AYARS,<br><br>Debtors | Chapter: 7<br><br>Case No. 2:24-bk-01950-MCW<br><br>**MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY** |

### MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY

Debtors, AYARS, by and through counsel, Thomas McAvity, respectfully move this Court for an Order compelling Jill H. Ford, the Chapter 7 Trustee in this bankruptcy case, to abandon real property located at 766 N 153rd Avenue, Goodyear Arizona 85338, as it is burdensome to the estate and is of inconsequential value.

This Motion is filed pursuant to 11 U.S.C. §554(b) and Local Bankruptcy Rule 6007-1. In support of this Motion, the Debtor states as follows:

1. Debtors filed their voluntary petition under Chapter 7 of the Bankruptcy Code on March 15, 2024.

2. At the time of filing, the Debtors were the titled owner of homestead real property located at 766 N 153rd Avenue, Goodyear Arizona 85338 (the "Property"), more formally described as:

LOT 34, OF FULTON HOMES ESTRELLA COMMONS - PHASE 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 1390 OF MAPS, PAGE 47

Parcel Number: 500-16-417 5

3. At the time the case was filed, the Debtor indicated on Schedule A of the Petition that the Property had an estimated value of $556,300.

4. At the time this case was filed, the Debtor indicated on Schedule D of the Petition that mortgage lien against the Property totals approximately $357,793.

5. Debtor properly claimed a homestead exemption in the Property pursuant to A.R.S. §33- 1101(A) in the amount of $414,700. No objection to the claimed exemption has been filed.

6. The exemption substantially exceeds the equity available in Property, leaving no value to the Bankruptcy Estates. Therefore, Property is of inconsequential value and a burden to the Estate.

7. Debtors received their discharge on July 3, 2024, but the case has not yet been closed.

WHEREFORE, Debtors respectfully request that the Court enter an Order compelling the Trustee to abandon Property from the Bankruptcy Estate.

Dated: November 1, 2024

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075